U.S. District Judge Richard A. Jones
United States Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES ROLAND CHEATHAM,<br><br>Defendant. | NO. CR18-131RAJ<br><br>ORDER GRANTING LEAVE TO FILE OVERLENGTH BRIEF |

The Court, GRANTS the Motion for Leave to File Over-Length Brief, Dkt. 367, and ORDERS the United States may file its Response to Defendant Charles Cheatham's Motion in excess of 12 pages, but no more than 17 pages (excluding attachments or exhibits).

DATED this 15th day of August, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

Order Granting Excess Pages
*United States v. Charles Roland Cheatham,* CR18-131RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970