UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES ROLAND CHEATHAM,

    Defendant.

Case No. CR18-131-RAJ

**ORDER DENYING MOTION TO REOPEN DETENTION DECISION**

The Court conducted a hearing on defendant's motion to reopen the detention decision.. Dkt. 352. Defendant has a lengthy criminal history that includes both felony and misdemeanor convictions. He has been convicted of several felony drug offenses. The circumstances of defendant's arrest cut against release. Defendant shared a residence with a co-defendant who is currently a fugitive. When defendant was arrested, police found in his bedroom $300,000 in cash and a large amount of drugs. On defendant's bed was an empty pistol holster. When law enforcement was in the process of entering defendant's residence, they saw a pistol being tossed from defendant's bedroom. That pistol matches a pistol defendant discussed in a recorded phone taped conversation.

ORDER DENYING MOTION TO REOPEN DETENTION
DECISION - 1

For the foregoing reasons, the Court DENIES defendant's motion to reopen the detention decision. Dkt. 352. The Clerk shall provide a copy of this order to the parties and to the assigned District Judge.

DATED this 16th day of August, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING MOTION TO REOPEN DETENTION
DECISION - 2