U.S. District Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES ROLAND CHEATHAM,<br><br>Defendant. | NO. CR18-131RAJ<br><br>ORDER GRANTING LEAVE<br>TO FILE OVERLENGTH BRIEF |

The Court, having reviewed the United States' Motion for Leave to File Overlength Brief, and finding good cause, enters the following order:

IT IS HEREBY ORDERED that the Motion (Dkt. #386) is GRANTED. The Court will permit the United States to file its Response to Defendant Charles Cheatham's Motion to Review Order of Detention in excess of 12 pages, but no more than 16 pages (excluding attachments or exhibits).

DATED this 27th day of August, 2018.

The Honorable Richard A. Jones
United States District Judge

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970