Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES ROLAND CHEATHAM,<br><br>Defendant. | No. CR18-131RAJ<br><br>ORDER ON MOTION TO REVIEW ORDER OF DETENTION |

THIS MATTER comes before the Court on Defendant Charles Roland Cheatham's Motion to Review Order of Detention. The Court, having considered the motion, the Government's response, Defendant's reply, and the files and pleadings herein, and being fully advised,

IT IS ORDERED that Defendant's Motion to Review Order of Detention (Dkt. #378) is DENIED. Defendant shall remain in custody pending trial in this matter.

DATED this 6th day of September, 2018.

_____
The Honorable Richard A. Jones
United States District Judge