Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHARLES ROLAND CHEATHAM,

Defendant.

No. CR18-131RAJ

ORDER DENYING
DEFENDANT CHEATHAM'S
MOTION FOR FURLOUGH

THIS MATTER comes before the Court on Defendant Charles Roland Cheatham's Motion for Furlough from Custody. The Court, having considered the motion, the Government's opposition, the files and pleadings herein, and being fully advised, ORDERS as follows:

While the Court is sympathetic to Defendant's request, for the reasons previously set forth in the Court's findings and order denying release, Defendant's Motion for Furlough (Dkt. #507) is DENIED.

DATED this 2nd day of January, 2019.

_____
The Honorable Richard A. Jones
United States District Judge