1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHARLES ROLAND CHEATHAM,

Defendant.

No. CR18-131RAJ

ORDER GRANTING MOTION
TO EXCEED PAGE LIMIT

THIS MATTER comes before the Court on Defendant Charles Roland Cheatham's Motion to Exceed Page Limit.  The Court, having considered the motion, the files and pleadings herein, and being fully advised,

ORDERS that Defendant Cheatham's Motion to Exceed Page Limit (Dkt. #527) is GRANTED.

DATED this 17th day of January, 2019.

The Honorable Richard A. Jones
United States District Judge