Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>CHARLES ROLAND CHEATHAM,<br><br>                    Defendant. | No. CR18-131RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

THIS MATTER comes before the Court on Defendant Charles Roland Cheatham's Motion to Seal Exhibits 1 and 2 to his Motion to Compel Discovery Regarding Confidential Sources. The Court, having considered the motion, the files and pleadings herein, being fully advised, and finding good cause,

ORDERS that Defendant Cheatham's Motion to Seal (Dkt. #530) is GRANTED. Exhibits 1 and 2 to Defendant Cheatham's Motion to Compel Discovery Regarding Confidential Sources shall remain under seal.

DATED this 17th day of January, 2019.

_Richard A Jones_
_____
The Honorable Richard A. Jones
United States District Judge