U.S. District Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES ROLAND CHEATHAM and JOSEPH LEE WILSON, <br><br> Defendants. | NO. CR18-131RAJ <br> CR18-132RAJ <br><br> ORDER GRANTING LEAVE TO FILE OVERLENGTH BRIEF |

The Court, having reviewed the United States' Motion for Leave to File Overlength Brief, and finding good cause, enters the following order:

IT IS HEREBY ORDERED that the Motion (CR18-131RAJ, Dkt. #702 and CR18-132RAJ, Dkt. #459) is GRANTED. The Court grants the Government permission to file its Response to Defendant Charles Roland Cheatham's "Motion to Compel Discovery Regarding Confidential Sources" (CR18-131RAJ, Dkt. #682) and Defendant Joseph Lee Wilson's "Motion to Compel Production of Informant Information" (CR18-132RAJ, Dkts. #455 and 457) in excess of 12 pages, but no more than 20 pages.

DATED this 29th day of April, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

Order Granting Leave to File Overlength Brief - 1
*United States v. Cheatham*, CR18-131RAJ
*United States v. Joseph Wilson,* CR18-132RAJ

UNITED STATES ATTORNEY
700 STEWART STREET,
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970