The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES ROLAND CHEATHAM and JOSEPH LEE WILSON,<br><br>    Defendants. | NO. CR18-131RAJ<br>     CR18-132RAJ<br><br>ORDER TO SEAL EXHIBIT A |

Having considered the Government's Motion to Seal and for the reason that the interception pleadings remain sealed pursuant to the authorizing order, as well as being subject to the current Protective Order,

It is hereby ORDERED that the Government's Motion to Seal (CR18-131RAJ, Dkt. #704 and CR18-132RAJ, Dkt. #461) is GRANTED. DEA Task Force Officer Richard Huntington's Affidavit, filed under seal as Exhibit A to the United States' Response, shall remain sealed.

DATED this 29th day of April, 2019.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

Order to Seal Exhibit A - 1
*United States v. Cheatham*, CR18-131RAJ
*United States v. Joseph Wilson,* CR18-132RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970