Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-131 RAJ |
|---|---|
| Plaintiff | ORDER GRANTING MOTION TO WITHDRAW EXHIBITS |
| v. | |
| CHARLES ROLAND CHEATHAM, | |
| Defendant | |

THIS MATTER comes before the Court upon Defendant Charles Roland Cheatham's Motion to Withdraw Exhibits (Dkt. #804). The Court, having considered the motion, and finding good cause, hereby GRANTS the motion. The exhibits filed under Dkt. #780-786 and 788-796 will not be considered by the Court as they have been replaced by a more concise set of exhibits filed by Defendant Cheatham.

DATED this 12th day of June, 2019.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

**Edmond Law, PLLC**
**2615 11th Ave W**
**Seattle, WA 98119**
**(206) 428-7734**
**(888) 842-3803 (fax)**