Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-131 RAJ |
|---|---|
| Plaintiff | ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF |
| v. | |
| CHARLES ROLAND CHEATHAM, | |
| Defendant | |

THIS MATTER comes before the Court upon Defendant Charles Roland Cheatham's Motion to File Overlength Brief (Dkt. #777) as it relates to his Motion to Suppress Title III Evidence. The Court, having considered the motion, and finding good cause, hereby GRANTS the motion.

DATED this 12th day of June, 2019.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO FILE OVERLENGTH BRIEF - 1

**Edmond Law, PLLC**
**2615 11th Ave W**
**Seattle, WA 98119**
**(206) 428-7734**
**(888) 842-3803 (fax)**