Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHARLES ROLAND CHEATHAM,<br><br>Defendant | NO. CR18-131 RAJ<br><br>ORDER GRANTING MOTION TO FILE EXHIBITS UNDER SEAL |

THIS MATTER comes before the Court upon Defendant Charles Roland Cheatham's Motion to File Exhibits Under Seal (Dkt. #778). The Court, having considered the motion, and finding good cause, hereby GRANTS the motion. The exhibits to Charles Roland Cheatham's Motion to Suppress Title III Evidence may remain under seal pursuant to the dictates of the Protective Order entered in this matter.

DATED this 12th day of June, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO FILE EXHIBITS UNDER SEAL - 1

Edmond Law, PLLC
2615 11th Ave W
Seattle, WA 98119
(206) 428-7734
(888) 842-3803 (fax)