Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-131 RAJ |
|---|---|
| Plaintiff | ORDER GRANTING MOTION TO FILE EXHIBIT UNDER SEAL |
| v. | |
| CHARLES ROLAND CHEATHAM, | |
| Defendant | |

THIS MATTER comes before the Court upon Defendant Charles Roland Cheatham's Motion to File Exhibit Under Seal (Dkt. #809). The Court, having considered the motion, and finding good cause, hereby GRANTS the motion. The exhibit to Charles Roland Cheatham's Motion to Suppress Tracking Warrant Evidence may remain under seal pursuant to the dictates of the Protective Order entered in this matter.

DATED this 12th day of June, 2019.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO FILE EXHIBITS UNDER SEAL - 1

**Edmond Law, PLLC**
**2615 11th Ave W**
**Seattle, WA 98119**
**(206) 428-7734**
**(888) 842-3803 (fax)**