Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.   CR18-131 RAJ |
| Plaintiff | ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF |
| v. | |
| CHARLES ROLAND CHEATHAM, | |
| Defendant | |

THIS MATTER comes before the Court upon Defendant Charles Roland Cheatham's Fourth Motion to File Overlength Brief.  Having considered the motion, and finding good cause,

IT IS ORDERED that Defendant Charles Roland Cheatham's Fourth Motion to File Overlength Brief (Dkt. #898) is GRANTED.

DATED this 2nd day of July, 2019.

_____

The Honorable Richard A. Jones
United States District Judge