The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-131RAJ |
|---|---|
| Plaintiff, | ORDER GRANTING LEAVE TO FILE OVERLENGTH BRIEF |
| v. | |
| CHARLES ROLAND CHEATHAM, | |
| Defendant. | |

The Court, having reviewed the United States' Motion for Leave to File Over-Length Brief, and finding good cause, enters the following order:

IT IS HEREBY ORDERED that the Motion (Dkt. #1025) is GRANTED. The Court GRANTS permission for the United States to file its Response to Defendant Charles Cheatham's Motions in Limine in excess of 12 pages, but no more than 16 pages.

DATED this 5th day of August, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

Order Granting Excess Pages
*United States v. Charles Roland Cheatham*, CR18-131RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970