The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>CHARLES ROLAND CHEATHAM,<br><br>     Defendant. | NO. CR18-131RAJ<br><br>ORDER GRANTING LEAVE<br>TO FILE OVERLENGTH BRIEF |

  The Court, having reviewed Defendant Charles Cheatham's Motion for Leave to File Overlength Brief, and finding good cause, enters the following order:

  IT IS HEREBY ORDERED that the Motion (Dkt. #1042) is GRANTED. The Court GRANTS permission for Defendant Charles Cheatham to file an overlength reply brief in support of his Motion for Reconsideration.

  DATED this 13th day of August, 2019.

_____
The Honorable Richard A. Jones
United States District Judge