The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES ROLAND CHEATHAM,<br><br>Defendant. | NO. CR18-0131-RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO FILE BRIEF IN EXCESS OF TWELVE PAGES |

The Court, having reviewed Defendant Charles Roland Cheatham's Motion to File a Brief in Excess of Twelve Pages, and finding good cause, hereby ORDERS that Defendant's Motion (Dkt. #1389) is GRANTED.  Defendant may file a Motion for Compassionate Release that does not exceed 27 pages in length.

DATED this 10th day of August, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO
FILE OVERLENGTH BRIEF - 1
*UNITED STATES v. CHEATHAM*
NO. CR18-0131-RAJ

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260