The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES ROLAND CHEATHAM,<br><br>Defendant. | NO. CR18-0131-RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL |

This matter comes before the Court on Defendant Charles Roland Cheatham's Motion to Seal Declaration Exhibits regarding Defendant's Motion for Compassionate Release.

The Court has reviewed the motion and records in this case and finds good cause shown to permit the filing under seal of declaration Exhibits A and G, due to the sensitive information contained therein.

IT IS HEREBY ORDERED that Defendant's Motion to Seal (Dkt. #1390) is GRANTED. Exhibits A and G to the Declaration of Darwin Roberts re: Charles Cheatham's Motion for Compassionate Release shall remain under seal.

DATED this 10th day of August, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*UNITED STATES v. CHEATHAM*
NO. CR18-0131-RAJ

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260