The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES ROLAND CHEATHAM,<br><br>Defendant. | NO. 2:18-cr-00131-RAJ<br><br>**ORDER REGARDING BRIEFING SCHEDULE** |

Having considered the parties' Stipulated Motion Concerning Briefing Schedule, the Court ORDERS:

1. The United States shall file a response to Charles Roland Cheatham's motion for reduction in sentence on or before August 24, 2020.

2. Any reply brief will be filed on or before August 27, 2020 and the matter noted for August 28, 2020.

DATED this 18th day of August, 2020.

_____
RICHARD A. JONES
United States District Court Judge

Stipulation Regarding Briefing Schedule
*United States v. Cheatham,* 18-CR-131-RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970