The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES ROLAND CHEATHAM,<br><br>Defendant. | NO. CR18-0131-RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE |

Having considered the parties' Stipulated Motion Concerning Briefing Schedule, and finding good cause, the Court GRANTS the Stipulated Motion (Dkt. #1440) and ORDERS:

1. Defendant may file a reply brief on or before September 7, 2020.

2. Any surreply brief will be filed on or before September 21, 2020, and the matter noted for September 22, 2020.

DATED this 27th day of August, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED MOTION TO
EXTEND BRIEFING SCHEDULE - 1
UNITED STATES v. CHEATHAM
NO. CR18-0131-RAJ

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260