The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>CHARLES ROLAND CHEATHAM,<br><br>            Defendant. | NO. CR18-0131-RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO FILE REPLY BRIEF IN EXCESS OF SIX PAGES |

The Court, having reviewed Defendant's Motion to File a Reply Brief in Excess of Six Pages, and finding good cause, hereby ORDERS that Defendant's Motion (Dkt. #1450) is GRANTED.  Defendant may file a Reply that does not exceed 17 pages in length.

DATED this 9th day of September, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION FOR REPLY BRIEF
IN EXCESS OF SIX PAGES - 1
*UNITED STATES v. CHEATHAM*
NO. CR18-0131-RAJ

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260