The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES ROLAND CHEATHAM, <br><br> Defendant. | No. CR18-131-RAJ <br><br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

- Approximately six pieces of assorted jewelry, seized from Defendant Charles Roland Cheatham on or about June 6, 2018, in Fife, Washington.

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

- In the Plea Agreement that Defendant Cheatham entered on August 30, 2019, he agreed to forfeit his interest in the above-identified property as proceeds of Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846, to which he entered a guilty plea (Dkt. No. 1086, ¶¶ 7, 9s);

FINAL ORDER OF FORFEITURE - 1
*United States v. Cheatham,* CR18-131-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On December 5, 2019, the Court entered a Preliminary Order of Forfeiture, finding the above-identified property forfeitable pursuant to 21 U.S.C. § 853(a) and forfeiting the Defendant's interest in it (Dkt. No. 1212);

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 1264), and also provided direct notice to potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of Assistant U.S. Attorney Krista K. Bush in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Exhibits A – B); and

- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, and/or its representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this 2nd day of November, 2020.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

FINAL ORDER OF FORFEITURE - 2
*United States v. Cheatham,* CR18-131-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970